NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


S.T.L.,                                    )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D15-3964
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
_____     )

Opinion filed July 1, 2016.

Appeal from the Circuit Court for
Hillsborough County; Manuel A. Lopez,
Judge.

Howard L. Dimmig, II, Public Defender, and
Brooke Elvington, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee


PER CURIAM.

          In this Anders[1] appeal, we find no error in the disposition or the sentence,

but we remand for the circuit court to correct a scrivener's error in the disposition order.

S.T.L. entered a plea of no contest to the offenses of possession of marijuana and

_____

          [1]Anders v. California, 386 U.S. 738 (1967).

possession of drug paraphernalia.  The circuit court withheld adjudication and gave her a judicial warning.  However, the following three options are checked on the disposition order: "Adjudication of delinquency is withheld," "The child is adjudicated delinquent," and "The child is given a Judicial Warning."  The disposition order is remanded for the circuit court to correct the scrivener's error to reflect that adjudication of delinquency was withheld and the child was given a judicial warning.

Affirmed; remanded to correct scrivener's error.

CASANUEVA, SILBERMAN, and KELLY, JJ., Concur.